

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>QIYUN CHEN,<br>    a/k/a "Chinaloa,"<br>    a/k/a "La China,"<br>    a/k/a "Su Chen,"<br>    a/k/a "Susy Chen,"<br>    a/k/a "Gucci #1,"<br><br>        Defendant. | **(UNDER SEAL)**<br><br>No. 1:17-CR-147-5<br><br>Hon. Leonie M. Brinkema |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning in and around 2016, and continuing until in and around July 2017, within the jurisdiction of this court, defendant QIYUN CHEN did unlawfully, knowingly, and intentionally conspire and agree with others, both known and unknown, to commit an offense against the United States in violation of Title 18, United States Code, Section 1956, to wit:

a. to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity; that is, the distribution of five kilograms or more of a mixture containing a detectable amount of cocaine, a Schedule II controlled substance, knowing and intending and having reasonable cause to believe that it would be imported into the United States in violation of Title 21, United States Code, Sections 959(a) and 963; with the intent to promote the carrying on of the conspiracy to distribute cocaine, and knowing that the property involved in the financial transactions represented the proceeds of some form

of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i); and

b. to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity; that is, the distribution of five kilograms or more of a mixture containing a detectable amount of cocaine, a Schedule II controlled substance, knowing and intending and having reasonable cause to believe that it would be imported into the United States in violation of Title 21, United States Code, Sections 959(a) and 963; knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the conspiracy to distribute cocaine, and knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 1956(h).

(All in violation of Title 18, United States Code, Section 1956(h).)

Dana J. Boente
United States Attorney

By: _____
David A. Peters
Special Assistant United States Attorney (LT)

Katherine E. Rumbaugh
Assistant United States Attorney